**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES C. WINDING**                                                                   **PLAINTIFF**

**V.**                                                     **CAUSE NO. 3:13-CV-426-CWR-FKB**

**JOYCE GRAHAM, ET AL.**                                             **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball. Docket No. 41. The Magistrate Judge recommends denying the plaintiff's motions seeking to enforce a settlement agreement. *Id.* The plaintiff has objected. Docket No. 42.

This Court has reviewed the plaintiff's motions, the Report and Recommendation, and the plaintiff's objection. It concludes, as the Magistrate Judge did, that it lacks jurisdiction to enforce the settlement agreement under *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378 (1994).

The Report and Recommendation is therefore adopted as this Court's own, and the motions are denied.

**SO ORDERED**, this the 18th day of February, 2015.

                                                                           s/ Carlton W. Reeves
                                                                           UNITED STATES DISTRICT JUDGE